IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. ALLDREDGE, | No. C 03-2280 MMC (PR) |
| Petitioner, | **ORDER DENYING MOTION TO REISSUE ORDER TO SHOW CAUSE** |
| v. | |
| GRAY DAVIS, | (Docket Nos. 53) |
| Respondent. | |

On May 15, 2003, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus under 28 U.S.C. § 2254. On December 3, 2003, the petition was dismissed without prejudice, judgment was entered against petitioner, and the case was closed. Petitioner thereafter appealed the judgment, and, on March 15, 2004, the United States Court of Appeals denied a certificate of appealability. Petitioner has filed thirteen post-judgment motions, all of which have been denied as frivolous. In an Order dated December 28, 2004, the Court directed petitioner not to file any further motions in this case. Nevertheless, on February 5, 2007, petitioner filed a motion "to reissue a prior existing Order to Show Cause" (Docket No. 53), which motion is duplicative of prior post-judgment motions that have been denied as frivolous. Accordingly, the motion to reissue the order to show cause is DENIED. Petitioner shall not file any further motions in this action. To the extent he seeks relief from his conviction, he must do so by way of a new petition for a writ of habeas corpus filed in a new case.

This order terminates Docket No. 53.

IT IS SO ORDERED.

DATED: April 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge